NICK S. PUJJI (SBN 259571)
nick.pujji@dentons.com
CARLOS BACIO (SBN 328466)
carlos.bacio@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213 623 9300
Facsimile: 213 623 9924

Attorneys for Defendant
ANSELL HEALTHCARE PRODUCTS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. AMBROSE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANSELL HEALTHCARE PRODUCTS LLC, a Delaware limited liability company; and DOES 1 to 50, inclusive,<br><br>Defendant. | No.<br><br>**DEFENDANT ANSELL HEALTHCARE PRODUCTS LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Date: April 21, 2026<br>Judge:<br><br>Trial Date: None Set<br>Date Action Filed: January 30, 2026 |

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Civil Local Rule 7.1-1, Defendant Ansell Healthcare Products LLC makes the following disclosure statement. Defendant Ansell Healthcare Products LLC is a limited liability company with its sole member being BarrierSafe Solutions International, Inc.

Defendant Ansell Healthcare Products LLC further certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Defendant Ansell Healthcare Products LLC
- BarrierSafe Solutions International, Inc., as sole member of Ansell Healthcare Products LLC
- Plaintiff ROBERT S. AMBROSE

Respectfully submitted,

Dated: May 8, 2026

DENTONS US LLP

By: ______________________________
Nick S. Pujji
Carlos Bacio

Attorneys for Defendant
ANSELL HEALTHCARE PRODUCTS LLC