Docusign Envelope ID: D50C91F6-4F94-8A88-837F-F428B8484364

NICK S. PUJJI (SBN 259571)
nick.pujji@dentons.com
CARLOS BACIO (SBN 328466)
carlos.bacio@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213 623 9300
Facsimile: 213 623 9924

Attorneys for Defendant
ANSELL HEALTHCARE PRODUCTS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. AMBROSE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANSELL HEALTHCARE PRODUCTS LLC, a Delaware limited liability company; and DOES 1 to 50, inclusive,<br><br>Defendant. | No.<br><br>**DECLARATION OF ELISABETH DAOUST-HARTLEN IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>Trial Date: None Set<br>Action Filed: January 30, 2026 |

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

Docusign Envelope ID: D50C91F6-4F94-8A88-837F-F428B8484364

**DECLARATION OF Elisabeth Daoust-Hartlen**

1. I currently am employed by Ansell Healthcare Products LLC ("Defendant" or "Ansell"), a Defendant in the above-captioned action, as its Associate Director, Human Resources. Except where otherwise noted, I have personal knowledge of all of the facts set forth below, and if called upon to testify to the same, I could and would do so competently and truthfully.

2. As part of the preparation of this declaration, I reviewed various records concerning Ansell's corporate structure ("Corporate Records") and employee personnel records ("Personnel Records"). Ansell created and maintains these Corporate and Personnel records in the normal course of business, and I have access to them through my position with Ansell.

3. Based on the Corporate Records, Ansell was at the time the Complaint was filed in this action, and still is, as of the date of this declaration, a limited liability company organized under the laws of the State of Delaware with its principal place of business in Iselin, New Jersey. Ansell's sole member is BarrierSafe Solutions International, Inc. ("BarrierSafe"), a corporation organized under the laws of the State of Delaware.

4. Based on the Corporate Records and my personal knowledge, BarrierSafe maintains its corporate headquarters at 111 S Wood Ave, Iselin, New Jersey, 08830. Most of BarrierSafe's executive and senior management personnel are located within its headquarters in New Jersey, where primary management operations, including benefits administration and finance, are conducted. In addition, BarrierSafe's executive officers maintain their offices at BarrierSafe's headquarters in New Jersey. As such, BarrierSafe's principal place of business, both at the time of the filing of the Complaint and the time of this removal, was and still is located in Iselin, New Jersey.

5. As the Associate Director, Human Resources, I am also familiar with, and have access to Ansell's Personnel Records reflecting the employment status, history, pay rate, timekeeping, and payroll data for its employees, including those of Plaintiff

Robert S. Ambrose ("Plaintiff"). Throughout his employment, Plaintiff was required to provide his residential address to Ansell. Based on my review of Plaintiff's personnel documents, Ansell employed Plaintiff from approximately April 11, 2016 to November 20, 2024 as a full-time employee within the State of California. At the time of Plaintiff's November 20, 2024, termination, he was a Senior Territory Sales Manager working out of his home office when not visiting customers. In his final year of employment with Defendant in 2024, Plaintiff earned a base annual salary of approximately $118,858.48. Plaintiff further earned incentive payments based on meeting sales and other financial targets, along with additional benefits. Further, my review of Plaintiff's personnel file and payroll records, as well as correspondence issued to Plaintiff, indicate that throughout the relevant time period, Plaintiff lived in California.

6. Plaintiff first served Defendant with the Summons and Complaint in this action on April 9, 2026.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Signed by:
Elisabeth Daoust-Hartlen
BBE57160B3B34A2
Elisabeth Daoust-Hartlen