NICK S. PUJJI (SBN 259571)
nick.pujji@dentons.com
CARLOS BACIO (SBN 328466)
carlos.bacio@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213 623 9300
Facsimile: 213 623 9924

Attorneys for Defendant
ANSELL HEALTHCARE PRODUCTS LLC



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. AMBROSE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANSELL HEALTHCARE PRODUCTS LLC, a Delaware limited liability company; and DOES 1 to 50, inclusive,<br><br>Defendant. | No.<br><br>**DEFENDANT ANSELL HEALTHCARE PRODUCTS LLC'S PROOF OF SERVICE RE NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>Date: April 21, 2026<br>Judge:<br><br>Trial Date: None Set<br>Date Action Filed: January 30, 2026 |

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 601 S. Figueroa Street, Suite 2500, Los Angeles, California 90017.

I hereby certify that on May 8, 2026, I served the following documents:

1. DEFENDANT ANSELL HEALTHCARE PRODUCTIONS LLC'S CIVIL COVER SHEET;

2. DEFENDANT ANSELL HEALTHCARE PRODUCTS LLC'S NOTICE OF REMOVAL OF A CIVIL ACTION;

3. DEFENDANT ANSELL HEALTHCARE PRODUCTS LLC'S NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3;

4. DEFENDANT ANSELL HEALTHCARE PRODUCTS LLC'S CORPORATE DISCLOSURE STATEMENT;

5. DECLARATION OF CARLOS BACIO IN SUPPORT OF DEFENDANT ANSELL HEALTHCARE PRODUCTS LLC'S NOTICE OF REMOVAL;

6. DECLARATION OF ELIZABETH DAQUST-HARTLEN IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL; and

7. DEFENDANT ANSELL HEALTHCARE PRODUCTS LLC'S PROOF OF SERVICE RE NOTICE OF REMOVAL OF CIVIL ACTION;

on the parties in said action by placing a true and correct copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States Post Office mail box located at Los Angeles, California addressed as follows:

//

//

//

//

//

Sa'id Valkili, Esq.
vakili@vakili.com
Stephen P. Hoffman, Esq.
hoffman@vakili.com
Jason C. Ming, Esq.
jason@vakili.com
VAKILI & LEUS, LLP
3701 Wilshire Boulevard
Suite 1135
Los Angeles, CA 90010-2822
Telephone: (213) 380-6010
Facsimile: (213) 380-6051

Attorneys for Plaintiff Robert S. Ambrose

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 8, 2026, at Los Angeles, California.

Carrie M. Rice

Carrie M. Rice

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300