NICK S. PUJJI (SBN 259571)
nick.pujji@dentons.com
CARLOS BACIO (SBN 328466)
carlos.bacio@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone:  213 623 9300
Facsimile:  213 623 9924

Attorneys for Defendant
ANSELL HEALTHCARE PRODUCTS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. AMBROSE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANSELL HEALTHCARE PRODUCTS LLC, a Delaware limited liability company; and DOES 1 to 50, inclusive,<br><br>Defendant. | No. 2:26-cv-05010 JLS (SKx)<br><br>**DEFENDANT ANSELL HEALTHCARE PRODUCTS LLC'S PROOF OF SERVICE RE NOTICES RECEIVED FROM THE COURT**<br><br>Date:  April 21, 2026<br>Judge:  Josephine L. Staton<br><br>Trial Date:  None Set<br>Date Action Filed:  January 30, 2026 |

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action; my business address is 601 S. Figueroa Street, Suite 2500, Los Angeles, California 90017.

I hereby certify that on May 26, 2026, I served the following documents:

1.      NOTICE OF ASSIGNMENT TO U.S. JUDGES – DISTRICT JUDGE JOSEPHINE L. STATON AND MAGISTRATE JUDGE STEVE KIM;

2.      NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

3.      INITIAL STANDING ORDER BY JUDGE JOSEPHINE L. STATON; on the parties in said action by placing a true and correct copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States Post Office mail box located at Los Angeles, California addressed as follows:

> Sa'id Valkili, Esq.
> vakili@vakili.com
> Stephen P. Hoffman, Esq.
> hoffman@vakili.com
> Jason C.  Ming, Esq.
> jason@vakili.com
> VAKILI & LEUS, LLP
> 3701 Wilshire Boulevard, Suite 1135
> Los Angeles, CA  90010-2822
> Telephone:  (213) 380-6010
> Facsimile:  (213) 380-6051
>
> Attorneys for Plaintiff Robert S. Ambrose

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

//

//

//

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 26, 2026, at Los Angeles, California.

_____
Carrie M. Rice

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

- 3 -

137713344