SA'ID VALKILI (SBN: 176322)
vakili@vakili.com
STEPHEN P. HOFFMAN (SBN 287075)
hoffman@vakili.com
JASON C.  MING (SBN: 219745)
jason@vakili.com
VAKILI & LEUS, LLP
3701 Wilshire Boulevard, Suite 1135
Los Angeles, CA  90010-2822
Telephone: (213) 380-6010 | Fax: (213) 380-6051

Attorneys for Plaintiff
ROBERT S. AMBROSE

NICK S. PUJJI (SBN 259571)
nick.pujji@dentons.com
CARLOS BACIO (SBN 328466)
carlos.bacio@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213 623 9300 | Fax: 213 623 9924

Attorneys for Defendant
ANSELL HEALTHCARE PRODUCTS LLC

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5704
213 623 9300

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. AMBROSE, an individual,<br><br>             Plaintiff,<br><br>   v.<br><br>ANSELL HEALTHCARE PRODUCTS LLC, a Delaware limited liability company; and DOES 1 to 50, inclusive,<br><br>             Defendant. | No. 2:26-cv-05010-JLS-SK<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 31 DAYS**<br><br>Date of Removal:  May 8, 2026<br>Current Response Date: June 12, 2026<br>New Response Date:  July 13, 2026 |

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

Plaintiff Robert S. Ambrose ("Plaintiff") and Defendant Ansell Healthcare Products LLC ("Defendant") (collectively, the "Parties") stipulate and respectfully request that the Court grant an extension of time in which Defendant must respond to the complaint by 31 days, from the current June 12, 2026 deadline to Monday, July 13, 2026, based on the following:

WHEREAS on May 8, 2026, Defendant removed this case from the Superior Court of the State of California, County of Los Angeles to this Court.

WHEREAS on May 8, 2026, Defense counsel sent meet and confer correspondence to Plaintiff's counsel outlining its intention to file a responsive pleading, including a possible motion to dismiss under Rule 12(b)(6) and anticipated counterclaims.

WHEREAS, on May 13, 2026, the Parties stipulated pursuant to Local Rule 8-3 for a 29-day extension for Defendant to file its responsive pleading(s) to June 12, 2026 while the Parties complete their meet and confer efforts.

WHEREAS, good cause exists to extend Defendant's deadline to file a responsive pleading, including a possible motion to dismiss under Rule 12(b)(6) and anticipated counterclaims for the following reasons:

- The Parties have engaged in informal discovery in a good faith attempt to resolve Defendant's anticipated responsive pleading(s), and counterclaims;
- Plaintiff's counsel has been concurrently and actively involved in trial preparation in another matter;
- The Parties require additional time to complete their meet and confer efforts in an attempt to resolve the current issues.

//

//

//

//

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND JOINTLY REQUEST that the Court order that Defendant's deadline to file its responsive pleading and any potential counterclaim(s) is extended by 31 days, to July 13, 2026.

Dated:  June 8, 2026                           VAKILI & LEUS, LLP

                                               By:  _/s/Sa'id Valkili_____
                                                    Sa'id Valkili, Esq.
                                                    Stephen P. Hoffman, Esq.
                                                    Jason C.  Ming, Esq.

                                               Attorneys for Plaintiff
                                               ROBERT S. AMBROSE

Dated:  June 8, 2026                           DENTONS US LLP


                                               By:  _/s/Carlos Bacio_____
                                                    Nick S. Pujji
                                                    Carlos Bacio

                                               Attorneys for Defendant
                                               ANSELL HEALTHCARE PRODUCTS LLC

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

- 3 -

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

Dated:  June 8, 2026                    DENTONS US LLP


                                        By:  _/s/Carlos Bacio_____
                                             Nick S. Pujji
                                             Carlos Bacio

                                        Attorneys for Defendant
                                        ANSELL HEALTHCARE PRODUCTS
                                        LLC

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

- 4 -