UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. AMBROSE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANSELL HEALTHCARE PRODUCTS LLC, a Delaware limited liability company; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:26-cv-05010-JLS-SKx<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 31 DAYS [14]**<br><br>Judge: Hon. Josephine L. Staton<br>Current Response Date: June 12, 2026<br>New Response Date: July 13, 2026 |

1

## ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 31 DAYS

Upon considering the Parties' Second Stipulation to Extend Time to Respond to Initial Complaint by 31 Days, and good cause appearing, IT IS HEREBY ORDERED that Defendant's deadline to file its responsive pleading and any potential counterclaim(s) is extended by 31 days, to July 13, 2026.

IT IS SO ORDERED.

Dated: June 9, 2026

Josephine L. Staton

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE