UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. AMBROSE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANSELL HEALTHCARE PRODUCTS LLC, a Delaware limited liability company; and DOES 1 to 50, inclusive,<br><br>Defendants. | No. 2:26-cv-05010-JLS-SK<br><br>**[PROPOSED] ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 45 DAYS**<br><br>Judge: Hon. Josephine L. Staton<br>Current Response Date: July 13, 2026<br>New Response Date: August 27, 2026 |

1

## [PROPOSED] ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

Upon considering the Parties' Third Stipulation to Extend Time to Respond to Initial Complaint by 45 Days, and good cause appearing,  IT IS HEREBY ORDERED that Defendant's deadline to file its responsive pleading and any potential counterclaim(s) is extended to August 27, 2026.

IT IS SO ORDERED.

Dated: _____, 2026

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2