UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. AMBROSE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANSELL HEALTHCARE PRODUCTS LLC, a Delaware limited liability company; and DOES 1 to 50, inclusive,<br><br>Defendants. | No. 2:26-cv-05010-JLS-SK<br><br>**ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 45 DAYS (DOC. 16)** |

Having considered the Parties' Third Stipulation to Extend Time to Respond to Initial Complaint by 45 Days (Doc. 16), and finding good cause thereon, the Court hereby ORDERS that Defendant's deadline to file its responsive pleading and any potential counterclaim(s) is extended to **August 27, 2026.**

IT IS SO ORDERED.

DATED: July 10, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE