SA'ID VALKILI (SBN: 176322)
vakili@vakili.com
STEPHEN P. HOFFMAN (SBN 287075)
hoffman@vakili.com
JASON C. MING (SBN: 219745)
jason@vakili.com
VAKILI & LEUS, LLP
3701 Wilshire Boulevard, Suite 1135
Los Angeles, CA 90010-2822
Telephone: (213) 380-6010 | Fax: (213) 380-6051

Attorneys for Plaintiff
ROBERT S. AMBROSE

NICK S. PUJJI (SBN 259571)
nick.pujji@dentons.com
CARLOS BACIO (SBN 328466)
carlos.bacio@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213 623 9300 | Fax: 213 623 9924

Attorneys for Defendant
ANSELL HEALTHCARE PRODUCTS LLC

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT S. AMBROSE, an individual,

Plaintiff,

v.

ANSELL HEALTHCARE PRODUCTS LLC, a Delaware limited liability company; and DOES 1 to 50, inclusive,

Defendants.

No. 2:26-cv-05010-JLS-SK

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 45 DAYS**

Judge: Hon. Josephine L. Staton

Date of Removal: May 8, 2026
Current Response Date: August 27, 2026
New Response Date: October 12, 2026

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

Plaintiff Robert S. Ambrose ("Plaintiff") and Defendant Ansell Healthcare Products LLC ("Defendant") (collectively, the "Parties") stipulate and respectfully request that the Court grant an extension of time in which Defendant must respond to the complaint by 45 days, from the current August 27, 2026 deadline to Monday, October 12, 2026, based on the following:

WHEREAS, Plaintiff's counsel recently concluded a two-week trial, thus allowing the Parties to focus on the merits and complexities of this litigation.

WHEREAS, the Parties are attempting to resolve the following issues:

- Plaintiff alleges Defendant owes him unpaid commissions under Defendant's Sales Incentive Plans spanning numerous years and involving complex sales figures and math formulas.
- Defendant alleges Plaintiff engaged in unauthorized activities during his employment with Defendant that have caused damages to Defendant, and on those bases, is contemplating a counter claim.
- Defendant further alleges certain defects in Plaintiff's Complaint that may be subject to a Motion to Dismiss.

WHEREAS, the Parties have engaged and continue to engage in the exchange of informal discovery.

WHEREAS, the Parties met in person for lunch on August 12, 2026 to further discuss their respective positions.

WHEREAS, the Parties wish to continue dedicating their time and resources to these productive conversations instead of burdening the Court with litigation.

WHEREAS, the requested stipulated extension will not interfere with any existing Court deadlines.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND JOINTLY REQUEST that the Court order that Defendant's deadline to file its responsive pleading and any potential counterclaim(s) is extended to October 12, 2026.

Dated: August 19, 2026

VAKILI & LEUS, LLP

By: _*/s/Sa'id Valkili*_____________
Sa'id Valkili, Esq.
Stephen P. Hoffman, Esq.
Jason C. Ming, Esq.

Attorneys for Plaintiff
ROBERT S. AMBROSE

Dated: August 19, 2026

DENTONS US LLP

By: _*/s/Carlos Bacio*_______________
Nick S. Pujji
Carlos Bacio

Attorneys for Defendant
ANSELL HEALTHCARE PRODUCTS LLC

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

Dated: August 19, 2026

DENTONS US LLP

By: *_/s/Carlos Bacio_______________*
Nick S. Pujji
Carlos Bacio

Attorneys for Defendant
ANSELL HEALTHCARE PRODUCTS LLC