UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT S. AMBROSE, an individual,

Plaintiff,

v.

ANSELL HEALTHCARE PRODUCTS LLC, a Delaware limited liability company; and DOES 1 to 50, inclusive,

Defendants.

No. 2:26-cv-05010-JLS-SK

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 45 DAYS**

Judge: Hon. Josephine L. Staton
Current Response Date: Aug. 27, 2026
New Response Date: October 12, 2026

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

Upon considering the Parties' Stipulation to Extend Time to Respond to Initial Complaint by 45 Days, and good cause appearing,

IT IS HEREBY ORDERED that Defendant's deadline to file its responsive pleading and any potential counterclaim(s) is extended to October 12, 2026.

IT IS SO ORDERED.

Dated: ___________________, 2026

______________________________________
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE