# NOTE: CHANGES MADE BY THE COURT

## NO FURTHER EXTENSIONS WILL BE GRANTED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT S. AMBROSE, an individual,

Plaintiff,

v.

ANSELL HEALTHCARE PRODUCTS LLC, a Delaware limited liability company; and DOES 1 to 50, inclusive,

Defendants.

No. 2:26-cv-05010-JLS-SK

**ORDER GRANTING IN PART STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (DOC. 18)**

Having reviewed the Parties' Stipulation to Extend Time to Respond to Initial Complaint by 45 Days (Doc. 18), the Court hereby GRANTS IN PART the Stipulation and ORDERS that Defendant's deadline to file its responsive pleading and any potential counterclaim(s) is extended to **September 21, 2026.**

IT IS SO ORDERED.

DATED: August 25, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE