SA'ID VALKILI (SBN: 176322)
vakili@vakili.com
STEPHEN P. HOFFMAN (SBN 287075)
hoffman@vakili.com
JASON C. MING (SBN: 219745)
jason@vakili.com
VAKILI & LEUS, LLP
3701 Wilshire Boulevard, Suite 1135
Los Angeles, CA 90010-2822
Telephone: (213) 380-6010 | Fax: (213) 380-6051

Attorneys for Plaintiff
ROBERT S. AMBROSE

NICK S. PUJJI (SBN 259571)
nick.pujji@dentons.com
CARLOS BACIO (SBN 328466)
carlos.bacio@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213 623 9300 | Fax: 213 623 9924

Attorneys for Defendant
ANSELL HEALTHCARE PRODUCTS LLC

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. AMBROSE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANSELL HEALTHCARE PRODUCTS LLC, a Delaware limited liability company; and DOES 1 to 50, inclusive,<br><br>Defendants. | No. 2:26-cv-05010-JLS-SK<br><br>**RULE 15(a)(2) STIPULATION REGARDING DEFENDANT'S COUNTERCLAIM**<br><br>Judge: Hon. Josephine L. Staton |

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

Plaintiff Robert S. Ambrose ("Plaintiff") and Defendant Ansell Healthcare Products LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, stipulate pursuant to the Federal Rules of Civil Procedure, Rule 15(a)(2) as follows:

WHEREAS, Plaintiff filed this action alleging, among other things, claims for unpaid commissions;

WHEREAS, Defendant filed its Answer to the Complaint on September 18, 2026;

WHEREAS, the Parties continue to actively confer regarding possible resolution of this matter without further litigation;

WHEREAS, Defendant may have claims against Plaintiff arising out of Plaintiff's conduct during his employment with Defendant that Defendant may seek to assert as counterclaims in this action;

WHEREAS, the Parties agree that it is in the interest of judicial economy and the Parties' active and ongoing resolution discussions to permit Defendant to file any counterclaims at a later date, should the Parties' resolution efforts prove unsuccessful;

WHEREAS, Plaintiff consents to Defendant filing its counterclaim pursuant to Federal Rules of Civil Procedure, Rule 15(a)(2) at a later date should resolution not be achieved.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1. Plaintiff consents to Defendant filing its counterclaim pursuant to Federal Rules of Civil Procedure, Rule 15(a)(2) at a later date should resolution not be achieved.

2. Defendant reserves all rights to assert any and all counterclaims it may have against Plaintiff, and nothing in this Stipulation shall be construed as a waiver of any such claims.

3. This Stipulation is without prejudice to any Party's claims or defenses in this action.

Dated: September 18, 2026

VAKILI & LEUS, LLP

By: _*/s/Sa'id Valkili*_____________
Sa'id Valkili, Esq.
Stephen P. Hoffman, Esq.
Jason C. Ming, Esq.

Attorneys for Plaintiff
ROBERT S. AMBROSE

Dated: September 18, 2026

DENTONS US LLP

By: _*/s/Carlos Bacio*_______________
Nick S. Pujji
Carlos Bacio

Attorneys for Defendant
ANSELL HEALTHCARE PRODUCTS LLC

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

Dated: September 18, 2026

DENTONS US LLP

By: _*/s/Carlos Bacio*_______________
Nick S. Pujji
Carlos Bacio

Attorneys for Defendant
ANSELL HEALTHCARE PRODUCTS LLC

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300